## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

TOTAL RECEIPTS $ 10,036.91

TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED $ 0.00

TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY $ 17,100.00

**EXHIBIT B**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 06-02276 BB  
**Case Name:** MARTIN, ERNEST LEONARD  
**Period Ending:** 07/30/08

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 03/09/06 (f)  
**§341(a) Meeting Date:** 05/04/06  
**Claims Bar Date:** 08/07/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | 146,500.00 | 0.00 | | 10,000.00 | FA |
| 2 | BANK ACCOUNTS | 120.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 30.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION PLANS AND PROFIT SHARING | 6,000.00 | 0.00 | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES | 2,415.00 | 0.00 | | 0.00 | FA |
| 8 | PRUDENTIAL TERM LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 36.91 | Unknown |
| 9 | **Assets   Totals (Excluding unknown values)** | **$156,115.00** | **$0.00** | | **$10,036.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

Bar date notice issued. Settlement reashed with Debtor. Case to be closed