**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE (Joliet) |
| | ) | |
| ERNEST LEONARD MARTIN, | ) | CASE NO. 06-02276 BWB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

    on: **August 1, 2008**
    at: **9:15 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                   $         10,036.91

    b. Disbursements                              $              11.81

    c. Net Cash Available for Distribution        $         10,025.10

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 1,753.69 | $ 50.24 |
| Popowcer Katten, *Trustee's Accountant (Other Firm)* | $ 0.00 | $ 840.00 | $ 0.000 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys (Trustee Firm)* | $ 0.00 | $ 3,555.50 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $40,334.27, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $9.48%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | SMC c/o HSBC Bank Nevada NA / Carson Pirie Scott | $ 1,553.78 | $ 147.38 |
| 2 | Citibank (USA).N.A. | $ 12,804.59 | $ 1,214.50 |
| 3 | MBNA America Bank NA | $ 25,975.90 | $ 2,463.79 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **July 7, 2008**                        For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the United States Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-02276   Doc 32   Filed 07/07/08   Entered 07/10/08 00:51:09   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1           Date Rcvd: Jul 07, 2008
Case: 06-02276                 Form ID: pdf002              Total Served: 16

The following entities were served by first class mail on Jul 09, 2008.
db           +Ernest Leonard Martin, Jr,    2162 Rossiter Pkwy,    Plainfield, IL 60586-8125
aty          +Alex Wilson,    Law Offices of Peter Francis Geraci,    55 East Monroe St., Suite #3400,
               Chicago, IL 60603-5920
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
10634376      Bank of America,    Attn: Bankruptcy Dept.,    P.O. Box 1758,    Newark, NJ 07101
10634375      Bank of America,    Attn: Bankruptcy Dept.,    P.O. Box 1758,    Newark, PA 16677
10634377     +CBUSA Sears,    Attn: Bankruptcy Dept.,    P.O. Box 182156,    Columbus, OH 43218-2156
10634381     +Chase Manhattan Mortgage Corp,    Attn: Bankruptcy Dept.,    PO Box 24696,
               Columbus, OH 43224-0696
10634373     +Citi Cards,    Attn: Bankruptcy Dept.,    P.O. Box 688909,    Des Moines, IA 50360-0001
10849902     +Citibank (USA).N.A.,    Po Box 182149,    Columbus, OH 43218-2149
10634380     +Digestive Health Association,    Attn: Bankruptcy Dept.,    1100 Houbolt Rd,
               Joliet, IL 60431-9063
10634378     +HSBC/Carson Pirie Scott,    Attn: Bankruptcy Dept.,    P.O. Box 17633,    Baltimore, MD 21297-1633
10634374     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10634379     +Provena St. Joseph Hospital,    Attn: Bankruptcy Dept.,    333 W. Madison St,
               Joliet, IL 60435-8233
10739075     +SMC c/o HSBC Bank Nevada NA / Carson Pirie Scott,    BOX 19249,    SUGARLAND TX 77496-9249
10634382     +Steven J. Zielke,    2162 Rossiter Parkway,    Plainfield, IL 60586-8125

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Deborah K Ebner
aty          The Law Office of Deborah Kanner Ebner
                                                                                                TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2008**          **Signature:**  _Joseph Speetjens_