RECEIVED
OFFICE OF THE
U.S. TRUSTEE

2008 DEC 23 AM 8:00

CHICAGO ILLINOIS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: <br> MARTIN, ERNEST LEONARD <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 06-02276 BB <br><br> HONORABLE BRUCE BLACK |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The Final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

12/18/08
_____
DATE

_____
DEBORAH K. EBNER, TRUSTEE