UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARTIN, ERNEST LEONARD, | ) | CASE NO. 06 B 02276 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. Bruce Black |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:** **Deborah Kanner Ebner, Esq.**
**Law Office of Deborah Kanner Ebner**
**11 east Adams Street**
**Suite 800**
**Chicago, IL 60603**
**Registrant's e-mail: dkebner@aol.com**

    **Please Take Notice** that on **January 13, 2009**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

    The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

DATED: January 13, 2009                  /S/ Gretchen Silver
                                                  Gretchen Silver, Attorney
                                                  Office of the U.S. Trustee
                                                  219 South Dearborn Street, Room 873
                                                  Chicago, Illinois 60606
                                                  (312) 353-5054

**CERTIFICATE OF SERVICE**

    I, Gretchen Silver, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on January 13, 2009.

                                                            /s/ Gretchen Silver